# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST
## AT HUNTINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-30145 |
| DAVID EATON LAKE<br>SANDRA RENEE LAKE | CHAPTER 13 |
| Debtors | JUDGE RONALD G. PEARSON |

## MOTION TO REOPEN CHAPTER 13 CASE

Now comes Movant, Wingspan Portfolio Advisors, by and through Counsel and respectfully requests this Court to Reopen the Chapter 13 case to file a Motion to Release Funds from the Court's Unclaimed Funds. A Trustee is not requested to be appointed.

WHEREFORE, Movant requests that the case be reopened.

Respectfully submitted,

/s/ Gregory A. Stout

Gregory A. Stout (10264)
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: wvbk@rslegal.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal has been served this 31st day of December, 2014, by regular U.S. Mail, postage prepaid, or by electronic e-file upon the following:

**Electronically via ECF Mail:**

Blickenstaff, Brian R., Debtor`s Counsel
bblickenstaff@turnerjohns.com

Helen M. Morris, Bankruptcy Trustee
ch13info@wvtrustee.org

U.S. Trustee
(Registered Address)@usdoj.gov

**Via Regular U.S. Mail:**

David Eaton Lake, Debtor
Sandra Renee Lake, Debtor
303 Harbor Lane
Hurricane, WV 25526

All Creditors on the Attached List

/s/ Gregory A. Stout
_____
Gregory A. Stout

# 3:10-bk-30145 | David Eaton Lake and Sandra Renee Lake

Find What: enter search term                                         Premium Search

| Creditor | Code | Type |
| --- | --- | --- |
| **Dyck-ONeal, Inc.**<br>PO Box 13370<br>Arlington, TX 76094 | 2062496 | (cr) |
| **AFNI, Inc.**<br>PO Box 3097<br>Bloomington, IL 61702-3097 | 2044257 | (cr) |
| **Arrow Financial Services**<br>5996 W. Touhy Avenue<br>Niles, IL 60714 | 2044258 | (cr) |
| **Asset Acceptance LLC**<br>P O Box 2036<br>Warren MI 48090-2036 | 2036331 | (cr) |
| **Asset Acquisition & Manage., LLC**<br>3 Loan Oak Circle<br>Ladera Ranch, CA 92694 | 2044259 | (cr) |
| **Associated Radiologists**<br>1120 Kanawha Blvd E<br>Charleston, WV 25301-2400 | 2044260 | (cr) |
| **Associated Recovery Systems**<br>PO Box 469046<br>Escondido, CA 92046-9046 | 2044261 | (cr) |
| **AT&T Credit Management Ctr.**<br>P O Box 721440<br>Norman OK 73070 | 2036332 | (cr) |
| **Beneficial/Household Finance Co**<br>P O Box 3425<br>Buffalo NY 14240 | 2036333 | (cr) |

| Creditor | Code | Type |
| --- | --- | --- |
| **CAMC Teays Valley Hospital**<br>PO Box 2108<br>Charleston, WV 25328 | 2044262 | (cr) |
| **Circuit City**<br>c/o Chase Card Services<br>PO Box 15153 Wilmington, DE 19886-5153 | 2044263 | (cr) |
| **Credit & Receivable Service**<br>P O Box 3202<br>Charleston WV 25332-3202 | 2036334 | (cr) |
| **Credit Collections Co.**<br>509 Monongahela Blvd<br>Morgantown, WV 26507 | 2044264 | (cr) |
| **Donald G. Klinestiver, MD**<br>PO Box 127<br>Milton, WV 25541 | 2044265 | (cr) |
| **Dyck Oneal, Inc.**<br>15301 Spectrum Drive, Ste 450<br>Addison TX 75001 | 2036335 | (cr) |
| **Dyck-O'Neal, Inc.**<br>PO Box 841776<br>Dallas, TX 75284-1776 | 2044266 | (cr) |
| **GEMB/Lenscrafters**<br>P O Box 981439<br>El Paso TX 79998 | 2036336 | (cr) |
| **Glenn Associates Mid Atlantic**<br>323 Washington Blvd, S<br>Suite A Laurel, MD 20707-4641 | 2044267 | (cr) |
| **GMAC Mortgage**<br>P O Box 4622<br>Waterloo IA 50704 | 2036337 | (cr) |

| Creditor | Code | Type |
|---|---|---|
| **GMAC Mortgage**<br>P O Box 780<br>Waterloo IA 50704-0780 | 2036338 | (cr) |
| **GMAC Mortgage, LLC** | 2052895 | (cr) |
| **GMAC Mortgage, LLC**<br>1100 Virginia Dr.<br>Fort Washington, PA 10934 | 2052150 | (cr) |
| **Golden & Amos, PLLC**<br>P O Box 81<br>Parkersburg WV 26102 | 2036339 | (cr) |
| **Green Tree Servicing LLC**<br>PO Box 6154<br>Rapid City SD, 57709 | 2277595 | (cr) |
| **Healthcare Financial Services**<br>P O Box 1186<br>Charleston WV 25324-1186 | 2036340 | (cr) |
| **HSBC**<br>PO Box 81622<br>Salinas, CA 93912 | 2044268 | (cr) |
| **Integrated Health Care**<br>1201 Washington St E, Ste 1<br>Charleston, WV 25301 | 2044269 | (cr) |
| **Jefferson Capital Systems LLC**<br>PO BOX 7999<br>SAINT CLOUD MN 56302-9617 | 2051105 | (cr) |
| **LVNV Funding LLC**<br>Resurgent Capital Services<br>PO Box 10587 Greenville, SC 29603-0587 | 2051286 | (cr) |
|  | 2036341 | (cr) |

| Creditor | Code | Type |
|---|---|---|
| **LVNV Funding, LLC** <br> P O Box 10497 <br> Greenville SC 29603 | | |
| **Merrick Bank** <br> PO Box 9201 <br> Old Bethpage, NY 11804-9001 | 2040053 | (cr) |
| **MERS** <br> PO Box 2026 <br> Flint, MI 48501-2026 | 2044270 | (cr) |
| **Mt State Oral & Max Surgeons** <br> 100 A Prestige Park <br> Hurricane, WV 25526 | 2044271 | (cr) |
| **National City** <br> PO Box 856176 <br> Louisville, KY 40285-6176 | 2044272 | (cr) |
| **NCO Financial** <br> PO Box 41466 <br> Philadelphia, PA 19101-1466 | 2044273 | (cr) |
| **Northland Group, Inc.** <br> PO Box 390846 <br> Minneapolis, MN 55439 | 2044274 | (cr) |
| **PNC Bank** <br> 1 NCC Parkway <br> Kalamazoo MI 49009 | 2036342 | (cr) |
| **Portfolio Recovery Associates, LLC.** <br> P.O. Box 41067 <br> Norfolk, VA 23541 | 2090629 | (cr) |
| **Putnam County Clerk** <br> 3389 Winfield Road <br> Winfield, WV 25213 | 2044275 | (cr) |

| Creditor | Code | Type |
|---|---|---|
| **Radiology, Inc.**<br>P O Box 910<br>Huntington WV 25712 | 2036343 | (cr) |
| **RBS Citizens**<br>480 Jefferson Blvd<br>RJE 135 Warwick RI 02886 | 2040157 | (cr) |
| **RBS Citizens**<br>480 Jefferson Blvd<br>RJE 135 Warwick RI 02886 | 2040227 | (cr) |
| **RBSNB**<br>10000 Lafayette Blvd<br>Bridgeport, CT 06604 | 2044276 | (cr) |
| **Recovery Management Systems Corporation**<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 2049079 | (ntcapr) |
| **Samuel I. White, P. C.**<br>965 Hartman Run Road<br>Suite 1105 Morgantown WV 26505 | 2036344 | (cr) |
| **Teays Valley ER Physicians**<br>PO Box 635667<br>Cincinnati, OH 45263-5667 | 2044277 | (cr) |
| **The Bureaus**<br>1717 Central Street<br>Evanston, IL 60204 | 2044278 | (cr) |
| **United Bank**<br>PO Box 1553<br>Charleston, WV 25326-1553 | 2044279 | (cr) |
| **Vanguard Financial Services**<br>210 Brooks Street, Ste 100<br>Charleston, WV 25301 | 2044280 | (cr) |

| Creditor | Code | Type |
|---|---|---|
| **Vantium Capital, Inc.**<br>7880 Bent Branch Dr., Suite 150<br>Irving, TX 75063 | 2265196 | (cr) |
| **Verizon West Virginia, Inc.**<br>1500 MacCorkle Avenue<br>Charleston, WV 25314 | 2044281 | (cr) |
| **Wells Fargo Financial**<br>800 Walnut Street MAC F4031-080<br>Des Moines IA 50309 | 2036345 | (cr) |
| **Wells Fargo Financial Cards**<br>3201 N 4th Avenue<br>Sioux Falls SD 57104 | 2036346 | (cr) |
| **West Virginia State Tax Dept.**<br>Bankruptcy Unit<br>PO Box 766 Charleston, WV 25323-0766 | 2044282 | (cr) |
| **Whayne Supply**<br>P.O. Box 35000<br>Louisville, KY 40232-5900 | 2044283 | (cr) |
| **Wingspan Portfolio Advisors, LLC**<br>Attn: Tom Force<br>4100 Midway Road, Ste 1110 Carrollton, TX 75007 | 2044284 | (cr) |
| **WV Spring & Radiator**<br>598 Viscose Road<br>Nitro, WV 25143 | 2044285 | (cr) |

| PACER Service Center | |
|---|---|
| **Receipt:** | 12/23/2014 14:12:18 |
| **User:** | re4983:4215910:4214715 |
| **Client:** | |
| **Description:** | Creditor List<br>3:10-bk-30145 Creditor Type: All |
| **Pages:** | 2 ($0.20) |

Last updated: 12/23/2014 2:12 pm (just now)