# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST
## AT HUNTINGTON DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-30145 |
| DAVID EATON LAKE<br>SANDRA RENEE LAKE | CHAPTER 13 |
| Debtors | JUDGE RONALD G. PEARSON |

## MOTION FOR DISBURSEMENT OF UNCLAIMED FUNDS

Now comes Movant, Wingspan Portfolio Advisors, by and through Counsel and respectfully requests this Court to Disburse Unclaimed Funds.

Movant hereby provides the following information:

1. Name:           Wingspan Portfolio Advisors

2. Address:        18451 Dallas Parkway, Dallas, Texas 75287

3. Telephone #:    866-510-9464

4. History of Creditor:   Movant filed a proof of claim on May 28, 2010, claim #14.  There was a change of address not filed with Court and Movant did not receive all funds disbursed from the Trustee.

5. The Movant is the creditor which filed the original Proof of Claim.

6. Movant is the party entitled to the funds.

7. Chapter 13 Trustee filed a Transmittal of Unclaimed Funds on July 1, 2014, doc. 176. Depositing funds in the amount of $19,196.32 with the Clerk's office.

WHEREFORE, Movant requests that funds in the amount of $19,196.32 be disbursed to Movant.

Respectfully submitted,

/s/ Gregory A. Stout
_____

Gregory A. Stout (10264)
Attorney for Movant
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH 45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: wvbk@rslegal.com

# NOTICE OF MOTION

Wingspan Portfolio Advisors has filed papers with the Court to obtain Disburse Funds from Unclaimed Funds.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have on in this Bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the relief sought in the motion, then on or before **twenty-one (21) days from the date set forth in the certificate of service for the motion/objection,** you must file with the court a response explaining your position by mailing your response by regular U.S. Mail to US Bankruptcy Court, Sidney L. Christie Federal Building, 845 Fifth Avenue, Room 336, Huntington, West Virginia 25701 OR your attorney must file a response using the court's ECF System.

The Court must **receive** your response on or before the above date.

You must also send a copy of your response either by 1) the court's ECF System or by 2) regular U.S. Mail to:

Gregory A. Stout
Reisenfeld & Associates, LPA LLC
3962 Red Bank Road
Cincinnati, OH  45227

Brian Richard Blickenstaff
Turner & Johns, PLLC
216 Brooks St, Suite 200
Charleston, WV 25301

Helen M. Morris
Office of the Chapter 13 Trustee
P. O. Box 8535
South Charleston, WV 25303

U.S. Trustee
Debra A. Wertman
300 Virginia St., E.
Suite 2025
Charleston, WV 25301

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion/objection and may enter an order granting that relief without further hearing or notice.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion has been served this 13th day of January, 2015, by regular U.S. Mail, postage prepaid, or by electronic e-file upon the following:

**Electronically via ECF Mail:**

Blickenstaff, Brian R., Debtor`s Counsel
bblickenstaff@turnerjohns.com

Helen M. Morris, Bankruptcy Trustee
ch13info@wvtrustee.org

U.S. Trustee
(Registered Address)@usdoj.gov

**Via Regular U.S. Mail:**

David Eaton Lake, Debtor
Sandra Renee Lake, Debtor
303 Harbor Lane
Hurricane, WV 25526

United States Attorney for the Southern District of West Virginia
Huntington Branch
Sydney L. Christie Building
845 Fifth Avenue
Room 209
Huntington, WV 25701

/s/ Gregory A. Stout

Gregory A. Stout