B 210A (Form 210A)(12/09)

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF WEST
## AT HUNTINGTON DIVISION

**IN RE:**

DAVID EATON LAKE
SANDRA RENEE LAKE

CASE NO. 10-30145

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

DBI/ASG Coinvestor Fund III, LLC
Name of Transferee

Wingspan servicer for TAAC Asset Acquisition & Mgmnt
Name of Transferor

Name and Address where notices
to transferee should be sent:

Court Claim # (if known):  14-1
Amount of Claim:      $25,220.85
Date Claim Filed:      05/28/2010

DBI/ASG Coinvestor Fund III, LLC
2002 Brazos Court
Westlake, TX 76262

Last Four Digits of Acct#:      4399

Last Four Digits of Acct# _____

Name and address where transferee payments
should be sent (if different from above)
FCI Lender Services, Inc.
8180 East Kaiser Boulevard
Anaheim Hills, CA 92808

I declare under penalty of perjury that the information in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Christopher Dawson
        Transferee / Transferee's Agent

Date: April 22, 2015

*Penalty for making a false statement: Fine of up to $500,000.00 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 and 3571.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served this 22nd

day of April, 2015, by regular U.S. Mail, postage prepaid, or by electronic filing upon the

following:


David Eaton Lake
303 Harbor Lane
Hurricane, WV 25526

Sandra Renee Lake
303 Harbor Lane
Hurricane, WV 25526

Brian Richard Blickenstaff
216 Brooks St, Suite 200
Charleston, WV 25301

Helen M. Morris
P.O. Box 8535
South Charleston, WV 25303

Debra A. Wertman
300 Virginia St., E. Auite 2025
Charleston, WV 25301


/s/ Christopher Dawson
Christopher Dawson