UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

DAVID EATON LAKE                           Case No. 10-30145
SANDRA RENEE LAKE                          Chapter 7
                                           Liquidation
    Debtors.

ORDER FOR PAYMENT OF UNCLAIMED FUNDS

On April 29, 2015, DBI/ASG Coinvestor Fund III, LLC, by their attorney Christopher Dawson, filed an amended motion to disburse unclaimed funds deposited by the Chapter 13 Trustee, Helen M. Morris on July 1, 2014 in the amount of $19,196.32 by receipt #89856 with the Clerk. Upon review and verification of the unclaimed funds account, it is

ORDERED that the Clerk of the U. S. Bankruptcy Court for the Southern District of West Virginia is hereby directed to remit to DBI/ASG Coinvestor Fund III, LLC , c/o attorney Christopher Dawson at 3962 Red Bank Rd., Cincinnati, OH 45227 in the amount of $19196.32 now held as unclaimed funds in the Treasury for the herein stated creditor.

ENTERED: JUL 28 2015

_____
RONALD G. PEARSON, JUDGE

rlj

